UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Clayton Stewart<br><br>    Defendant. | Case No. 07-1114 R<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation or Supervised Release) |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds that no condition or combination of conditions will reasonably assure:

    A.    (X)    the appearance of the defendant as required; and/or

    B.    (X)    the safety of any person or the community.

1    The Court concludes that :

2  A.  (x)  Defendant failed to present clear and convincing evidence to
3         establish that Defendant is not a risk of flight because:

4         _Current Sentence w/ Recent conviction_
5
6
7

8
9  B.  (x)  Defendant failed to present clear and convincing evidence to
10         establish that Defendant does not pose a risk to the safety of other
11         persons or the community because:

12        _Fraud Conviction in 2013_
13
14
15

16
17    IT IS ORDERED that defendant be detained.

18
19  DATE: _Aug 13_, 2013

20
21                                HON. MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE

2